1
2
3
4
5
6
7

8        UNITED STATES DISTRICT COURT
9        NORTHERN DISTRICT OF CALIFORNIA
10       SAN FRANCISCO DIVISION
11

12 | GREGORY BENDER,              | Case No. C 09-05962 MHP
13 |              Plaintiff,       | ~~[PROPOSED]~~ **ORDER GRANTING STMICROELECTRONICS, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A MOTION TO STRIKE**
14 |     v.                        |
15 | STMICROELECTRONICS, INC.,     |
16 |              Defendant.       |

17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING ST, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A MOTION TO STRIKE                    C 09-05962 MHP

1  This matter comes before the Court on STMicroelectronics, Inc.'s Motion for Leave to
2  File a Motion to Strike Infringement Contentions. Upon consideration of the Motion, and good
3  cause appearing therefor,

4  IT IS HEREBY ORDERED that the Motion is GRANTED, and STMicroelectronics,
5  Inc.'s Motion to Strike Infringement Contentions shall be deemed filed as of
6  _____July 26_____, 2010.

7  SO ORDERED.

9  DATED: \_\_7/21_____, 2010

IT IS SO ORDERED
Judge Marilyn H. Patel

_____
Judge Marilyn Hall Patel
United States District Judge

14  **Oppositions due 8/9/2010; Replies due 8/16/2010; Hearing set for 2:00 p.m. on 8/30/2010.**

[PROPOSED] ORDER GRANTING ST,
INC.'S ADMINISTRATIVE MOTION FOR           -2-                    C 09-05962 MHP
LEAVE TO FILE A MOTION TO STRIKE