Chad S. Campbell (CA Bar No. 258723)
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
CSCampbell@perkinscoie.com

*Attorneys for Defendant STMicroelectronics, Inc.*

David N. Kuhn (CA Bar No. 73389)
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA  94611
Telephone: 510.653.4938
dnkuhn@pacbell.net

*Attorney for Plaintiff Gregory Bender*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STMICROELECTRONICS, INC.<br><br>　　　　　Defendant. | Case No. C 09-5962 MHP<br><br><br>Hearing Date: N/A<br>Time: N/A<br>Place: Courtroom 15, 18th Floor<br>Judge: Hon. Marilyn H. Patel |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

STIPULATION FOR DISMISSAL WITH PREJUDICE          C 09-5962 MHP

1     Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Gregory Bender and Defendant STMicroelectronics, Inc., through their respective counsel, stipulate as follows:

    (1)    The parties agree to dismiss with prejudice each of their respective claims and counterclaims asserted or assertable in this action.

    (2)    Each party will bear its own costs and attorney's fees in connection with this action.

    A proposed form of order accompanies this stipulation.

**SO STIPULATED AND AGREED.**

DATED: August 16, 2010.    **PERKINS COIE BROWN & BAIN P.A.**

By: s/ Chad S. Campbell
    Chad S. Campbell (CA Bar No. 258723)

    2901 North Central Avenue, Suite 2000
    Phoenix, AZ  85012-2788
    Email:  cscampbell@perkinscoie.com

*Attorneys for Defendant STMicroelectronics, Inc.*

DATED: August 16, 2010.    **DAVID N. KUHN**
    **ATTORNEY-AT-LAW**

By: s/ David N. Kuhn
    David N. Kuhn (CA Bar No. 73389)

    144 Hagar Avenue
    Piedmont, CA  94611
    Email:  dnkuhn@pacbell.net

*Attorney for Plaintiff Gregory Bender*

**CONSENT TO FILING PURSUANT TO GENERAL ORDER 45(X)**

I, Chad S. Campbell, hereby attest that consent to the filing of this Stipulation has been obtained from the party(ies) listed in the foregoing signature block.

DATED: August 16, 2010.                 By: <u>s/ Chad S. Campbell</u>

18950971.1

Chad S. Campbell (CA Bar No. 258723)
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000
CSCampbell@perkinscoie.com

*Attorneys for Defendant STMicroelectronics, Inc.*

David N. Kuhn (CA Bar No. 73389)
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA  94611
Telephone:  510.653.4938
dnkuhn@pacbell.net

*Attorney for Plaintiff Gregory Bender*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STMICROELECTRONICS, INC.,<br><br>　　　　　　Defendant. | Case No. C 09-05962 MHP<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS ORDERED**:

　　　Each party's claims and counterclaims asserted or assertable in this case are hereby dismissed with prejudice; each party shall bear its own costs and attorney's fees.

DATED: ___8/23_____, 2010

IT IS SO ORDERED
Judge Marilyn H. Patel

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

C 09-05962 MHP